IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIE LEE DILLARD, JR.<br>4300 Donna Street<br>Suitland, MD 20746<br>                Plaintiff,<br>   vs.<br><br>TALISHA DAVINAWALKER<br>600 Kenilworth Terrace, Apt. 528<br>Washington DC 20019<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY, et al<br>300 7TH Street SW<br>Washington, D.C. 20024<br><br>                Defendants. | Case No.: 8:22-cv-1277 |

## NOTICE OF REMOVAL

Comes now Defendant, WMATA, by and through counsel, and pursuant to 28 U.S.C. 1441, and provides notice of removal of a civil action from the District Court for Prince George's County, Maryland. In support of the removal, the Defendant states as follows:

On or about May 14, 2021, Plaintiff filed this action in the District Court for Prince George's County, Maryland, under the caption *Willie Lee Dillard, Jr. v. Talisha Davina Walker and Washington Metropolitan Area Transit Authority*, 0502-12392-2021.

Defendant Washington Metropolitan Area Transit Authority (WMATA) received the complaint from Plaintiff via certified mail on or about April 28, 2022.

The Summons and Complaint, filed in the Circuit Court for Prince George's County, Maryland accompany this Removal.

This is a civil action in which this Court has original jurisdiction under the WMATA

Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at Md. Transp. Code Ann. 10-204(81) which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland, Virginia and the District of Columbia of all actions brought by or against the Authority and to enforce subpoenas issued under this Title. Any such action initiated in a State or District of Columbia Court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. 1446).

Wherefore, Defendant, WMATA, requests that the entire action now pending in the Circuit Court for Prince George's County, Maryland be removed to this Court.

Respectfully Submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY


By: */s/ Sarah E. Allison*
Sarah E. Allison #20455
Office of the General Counsel
300 7th Street, SW
Washington, D.C. 20024
202.962.6090
202.962.2550 (fax)
eallison@wmata.com

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Notice of Removal was served on Friday, May 27, 2022, on:

CHRISTOPHER L. BEARD
CPF #7612010016
P.O. Box 2271
170 West St.
Annapolis, MD 21404-2271
chris@attorneybeard.com

          */s/ Sarah E. Allison*
          Sarah E. Allison #20455