IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| **DILLARD, WILLIE LEE**<br><br>　　　　　　　　　**Plaintiff,**<br><br>vs.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, et al**<br><br>　　　　　　　　　**Defendants.** | **Case No.: 8:22-cv-1277-PX** |

## DEFENDANT TALISHA WALKER'S MOTION TO DISMISS

NOW COMES defendant, Talisha Walker (hereinafter "Walker"), by and through undersigned counsel and pursuant to F. R. Civ. P. 12(b)(6), hereby moves to dismiss Plaintiff's Complaint against her and for reasons state the following:

1. Plaintiff filed suit in the District Court of Maryland for Prince George's County subsequent to a December 23, 2019 motor vehicle accident between a MetroAccess van operated by Walker and a Plaintiff's vehicle.

2. Plaintiff named WMATA and Walker as defendants herein.

3. Plaintiff's complaint asserts negligence against WMATA's MetroAccess operator, Walker.

4. WMATA has removed the instant action to this Honorable Court pursuant to MD CODE ANN., TRANS ART., §10-204(81) (2016).

5. Walker moves for dismissal of the Complaint against her because the complaint against her is not legally viable pursuant to MD CODE ANN., TRANS ART., §10-204(80).

6. A Memorandum of Law, which will explain Defendant's arguments in detail, will be filed contemporaneously with the instant motion.

WHEREFORE, based on the above averments and the arguments made in the contemporaneously filed Memorandum of Law, Defendant Talisha Walker respectfully moves this Honorable Court to dismiss the Complaint against her with prejudice.

Respectfully submitted,

Talisha Walker, Defendant

By: /s/ *Sarah E. Allison*
Sarah E. Allison #20455
Associate General Counsel
Office of the General Counsel
600 Fifth Street, N.W.
Washington, D.C. 20001
202.962.6090
202.962.2550 (fax)
eallison@wmata.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion to Dismiss and accompanying Memorandum in Support Thereof was served on Friday, May 27, 2022, on:

Christopher L. Beard
P.O. Box 2271
170 West St.
Annapolis, MD 21404-2271

                                        */s/ Sarah E. Allison*
                                        Sarah E. Allison #20455