**IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY**

|  |  |  |
|---|---|---|
| WILLIE LEE DILLARD, JR.<br>4300 Donna Street<br>Suitland, MD 20746 | * | |
| *Plaintiff* | * | |
| v. | * | |
| TALISHA DAVINA WALKER<br>600 Kenilworth Terrace, Apt. 528<br>Washington DC 20019 | * | |
| and | * | Civil No.: _____ |
| WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORITY<br>Serve: Patricia Y. Lee, General Counsel<br>600 5th Street, NW<br>Washington, DC 20001 | * | |
| *Defendants* | * | |

\*      \*      \*      \*      \*      \*      \*

## ATTACHMENT TO COMPLAINT

Plaintiff, Willie Lee Dillard, Jr., by his attorney, Christopher L. Beard, hereby file this Complaint against Defendants, Talisha Davina Walker and the Washington Metropolitan Area Transit Authority, and in support of their cause of action states the following:

## BACKGROUND

1.     At all times relevant to this case, Plaintiffs Willie Dillard (hereinafter, "Mr. Dillard") was a resident of Prince George's County, Maryland with a home address of 4300 Donna Street, Suitland, MD 20746;

2.     On Monday, December 23, 2019 at about 6 p.m., Mr. Dillard was the belted driver of a 1997 Toyota Camry automobile that was stopped at a red light on northbound Ritchie Road at the intersection with Central Avenue and he was waiting to proceed east on Central Avenue;

3.     Mr. Dillard was accompanied by Ms. Baxter, who was the belted front-seat passenger;

4.     On that date, Defendant, Talisha Davina Walker (hereinafter, "Ms. Walker") was driving a 2017 Ford passenger van owned by Defendant Washington Metropolitan Area Transit Authority (hereinafter, "WMATA");

5.     Ms. Walker was operating the van with the permission of, under the instruction of, and for the benefit of Defendant, WMATA, and in doing so, she was acting as the agent, servant, and/or employee of Defendant, WMATA, acting with its authority and on its behalf;

6.     Ms. Walker was also proceeding north on Ritchie Road toward the intersection where Mr. Dillard's vehicle was stopped at the red light, when suddenly and without warning, Ms. Walker lost control of her van and carelessly and violently collided with the rear of Mr. Dillard's stationary vehicle;

## COUNT I

7.     The allegations contained in Paragraphs 1 through 6 are fully incorporated as though they were fully restated herein;

8.     On December 23, 2019, Defendant, Talisha Davina Walker, was the driver of a motor vehicle who negligently failed to control the speed of the vehicle as necessary to avoid colliding with Plaintiff Dillard's vehicle in compliance with the duty to use due care on the highway, in violation of State law. MD. CODE ANN., TRANSP. § 21-801(b);

2

9.    On December 23, 2019, Ms. Walker was the driver of a motor vehicle that followed another vehicle more closely than is reasonable and prudent, without having due regard for the traffic on, and the condition of, the highway in violation of State law. MD. CODE ANN., TRANSP. § 21-310;

10.    On December 23, 2019, Ms. Walker, was driving a vehicle in a careless and imprudent manner endangering property, life and person in violation of State law.   MD. CODE ANN., TRANSP. § 21-901.1.B;

11.    As a result of the collision, Plaintiff Willie Dillard underwent diagnostic testing and a course of treatment.  Mr. Dillard was seen initially at Doctors Community Hospital with complaints to his head, brain and cervical spine. CAT scans were obtained and images showed no fractures, but strain to his neck, resulting in a radiating pain to his upper and lower extremities. Mr. Dillard was advised to take medications prescribed for pain and to follow up with a course of physical therapy, chiropractic treatments and therapeutic exercises for his cervical spine(neck) to alleviate pain, improve motion and restore strength and function.

WHEREFORE, the Plaintiff, Willie Lee Dillard, Jr., demands judgment against the Defendants, Talisha Davina Walker and the Washington Metropolitan Area Transit Authority, for compensatory damages in the amount of $29,995.00 and court costs.

9.     On December 23, 2019, Ms. Walker was the driver of a motor vehicle that followed another vehicle more closely than is reasonable and prudent, without having due regard for the traffic on, and the condition of, the highway in violation of State law. MD. CODE ANN., TRANSP. § 21-310;

10.     On December 23, 2019, Ms. Walker, was driving a vehicle in a careless and imprudent manner endangering property, life and person in violation of State law.  MD. CODE ANN., TRANSP. § 21-901.1.B;

11.     As a result of the collision, Plaintiff Willie Dillard underwent diagnostic testing and a course of treatment.  Mr. Dillard was seen initially at Doctors Community Hospital with complaints to his head, brain and cervical spine. CAT scans were obtained and images showed no fractures, but strain to his neck, resulting in a radiating pain to his upper and lower extremities. Mr. Dillard was advised to take medications prescribed for pain and to follow up with a course of physical therapy, chiropractic treatments and therapeutic exercises for his cervical spine(neck) to alleviate pain, improve motion and restore strength and function.

WHEREFORE, the Plaintiff, Willie Lee Dillard, Jr., demands judgment against the Defendants, Talisha Davina Walker and the Washington Metropolitan Area Transit Authority, for compensatory damages in the amount of $29,995.00 and court costs.

3

Respectfully submitted,

CHRISTOPHER L. BEARD
CPF #7612010016
P.O. Box 2271
170 West St.
Annapolis, MD 21404-2271
Tel.: (410) 267-0227 | Fax: 1 (888) 763-8394
e-mail: chris@attorneybeard.com
*Attorney for Plaintiff*

4